[No. 36960-5-II. Division Two. September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY SHELBY LANGFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02110-0, Kathryn J. Nelson, J., entered November 2, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37579-6-II. Division Two. September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MARTIN BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-01115-1, James E. Warme, J., entered April 8, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[Nos. 37590-7-II; 37594-0-II; Division Two. September 22, 2009.] 37600-8-II.

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN JOSEPH MIRANDA II ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pierce County, No. 08-1-00295-2, D. Gary Steiner, J., entered March 13, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Houghton, J.; Quinn-Brintnall, J., concurring separately.

[No. 37692-0-II. Division Two. September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KODI LANE CARR, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00055-0, S. Brooke Taylor, J., entered April 24, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.